BEALL v. BEALL

No. 59 PC.

Case below: 26 N.C. App. 752.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 November 1975.

ERVIN CO. v. HUNT

No. 63 PC.

Case below: 26 N.C. App. 755.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 November 1975.

GAS HOUSE, INC. v. TELEPHONE CO.

No. 74.

Case below: 26 N.C. App. 672.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 November 1975.

NEWTON v. INSURANCE CO.

No. 94 PC.

Case below: 27 N.C. App. 168.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 November 1975.

SIMS v. MOBILE HOMES

No. 71 PC.

Case below: 27 N.C. App. 25.

Petition by defendant Virginia Homes Mfg. Corp. for writ of certiorari to North Carolina Court of Appeals denied 5 November 1975.